**Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. & 1983**

**UNITED STATES DISTRICT COURT**

____Western____ **DISTRICT OF LOUISIANA**

RECEIVED

NOV 10 2021

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Justin Messer, DOC # 708548

**Full name of Plaintiff, Prisoner Number**

21-cv-3932

**Civil Action No.** unknown

Lasalle Correctional Facility; Sava Allen;
John Stuckey; warden for LSC; Colin Tibbs;
Michael Tingle; Mitchel Voyles; Ian Ash; PREA Investigation Staff.

**Full Name of Defendant(s)**

## COMPLAINT

### I. Previous Lawsuits

    A. Have you begun any other lawsuits while incarcerated or detained in any facility?
       Yes_____      No__✓___

    B. If your answer to the preceding question is yes, provide the following information

        1. State the court(s) where each lawsuit was filed (in federal, identify the District; if the state court, identify the county or parish ):

           _____

           _____

        2. Name the parties to the previous lawsuit(s):

           Plaintiffs: _____

           Defendants: _____

        3. Docket number(s): _____

        4. Date(s) on which each lawsuit was filed: _____

        5. Disposition and date thereof [For example, was the case dismissed and when?  Was it appealed and by whom (plaintiff or defendant)?  Is the case still pending?]:

           _____

2.

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has, been dismissed?

Yes_____     No ✔_____

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

**II.  A.  Name of institution and address of the current place of confinement:**

Bayou Correctional Facility Center; 196 old Highway 65 South, Tallulah, LA 71282

B. Is there a prison grievance procedure in this institution?
Yes ✔ JW   No ✔   → No; currently filed against LaSalle

   1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
   Yes_____     No JW -
   If Yes, what is the Administrative Remedy Procedure number? _____

   2. If you did not file an administrative grievance, explain why you have not done so.

   previous facility would not accept grievance paper work; unwilling to help.

   3. If you filed an administrative grievance, answer the following question.
   What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

   _____

   _____

   Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.   Parties to Current Lawsuit:**

3.

A. Name of Plaintiff Justin Messer

Address 1897 Mayo Rd, Ville Platte, LA 70586

B. Defendant, ~~class~~ La Salle Correctional Facility, is employed as

_____N/A_____ at LaSalle Parish, LA.

Defendant, Sara Allen, is employed as

Correctional Officer at LaSalle Correctional Facility

Defendant, John Stuckey, is employed as

Correctional officer at LaSalle Correctional Facility

Additional defendants Warden for (LSC); PREA Investigator on Staff; Officer Colin Tibbs; Michael Tingle officer; Mitchel Voyles (Evangline Pre-Trial); Ian Ash (Cal cusreu Pre-Trial); Dorsey Perkins Doe # 548841 (aggressor)

IV.    **Statement of Claim**

State the **Facts** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or conditions(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Please refer to attached Documentation as well as PREA Investigational Summary case # CI270313-LCC01; on 3/13/2021, Offender Justin Messer filed a PREA case with Officer Colin Tibbs at aprox 1030 hrs; This investigation was assigned to Sara Allen; an investigation was conducted to no avail; the two witnesses to this prea case would not fill out an witness statement due to fear for their safety and concerns of being called a "rat". I feel that this was not handled correctly and I was retaliated against and staff belittled me after this incident.

Note: this incident occured while on protective custody; Did not feel safe at all while in "protective custody".

Note: Went to medical facility and Rape test was performed; test returned positive for seminal Remains and follicle positivity.

_____

_____

_____

**V.    Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Charges filed against offender, Dorsay Perkins, for sexual misconduct/Rape, Re-training for officers at Lasalle dealing with PREA cases; training on dealing with victims of abuse - both sexual and physical; written apology and statement from involved staff; monetary Restitution for time period placed on solitary confinement. (Mental anguish/PTSD - currently medicated for PTSD) pain and suffering.

**VI.    Plaintiff's Declaration**

**A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B. I understand that is I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on the grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this _03_ day of __November__ , 2021 .

DOC # 708548
_____
**Prisoner No. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

_____
**Signature of Plaintiff**

5.