UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JUSTIN MESSER #708548,**<br>**Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-03932-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LASALLE CORRECTIONAL CENTER, ET AL,**<br>**Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

# J U D G M E N T

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 10] of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint [Doc. 1] is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure.

THUS, DONE AND SIGNED in Chambers on this 25th day of March 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE